IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIE STRICKLAND                                                                                       PLAINTIFF

V.                                  CASE NO. 4:17-CV-569-BD

SOCIAL SECURITY ADMINISTRATION                                                      DEFENDANT

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Willie Strickland and against the Defendant, Nancy A. Berryhill, Acting Commissioner of the Social Security Administration. This is a sentence four remand under 42 U.S.C. §405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89, 97-103 (1991).

DATED this 17th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE